UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| APRIL FREEMAN-HOLLENSHEAD, et al., <br> Plaintiffs, <br> vs. <br> BAYER CORPORATION, et al., <br> Defendants. | Case No: C 09-3152 SBA <br><br> **ORDER STAYING ACTION** <br><br> Related to: C 09-1558 SBA |

IT IS HEREBY ORDERED THAT the above-captioned case is STAYED pending a decision by the Judicial Panel on Multidistrict Litigation on the motion to transfer under 28 U.S.C. § 1407. All pending dates and deadlines are VACATED.

IT IS SO ORDERED.

Dated: August 12, 2009

Hon. Saundra Brown Armstrong
United States District Judge