A CERTIFIED TRUE COPY
ATTEST

By Darion Payne on Oct 26, 2009

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

Oct 08, 2009

FILED
CLERK'S OFFICE

IN RE: YASMIN AND YAZ (DROSPIRENONE)
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

MDL No. 2100

(SEE ATTACHED SCHEDULE)

**FILED**
OCT 2 6 2009

CONDITIONAL TRANSFER ORDER (CTO-1)

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

On October 1, 2009, the Panel transferred 32 civil actions to the United States District Court for the Southern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* _F.Supp.2d_ (J.P.M.L. 2009). With the consent of that court, all such actions have been assigned to the Honorable David R. Herndon.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of Illinois and assigned to Judge Herndon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Southern District of Illinois for the reasons stated in the order of October 1, 2009, and, with the consent of that court, assigned to the Honorable David R. Herndon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of Illinois. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Oct 26, 2009

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

CERTIFIED TRUE COPY
Clerk of Court
BY: Deborah Weiss
Deputy Clerk
Date: 10/27/09

Page 1 of 2

IN RE: YASMIN AND YAZ (DROSPIRENONE)
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION                                   MDL No. 2100

## SCHEDULE CTO-1 - TAG-ALONG ACTIONS

| DIST. DIV. C.A. # | CASE CAPTION | |
|---|---|---|
| **ALABAMA NORTHERN** | | |
| ALN 2 09-1835 | Alyssa Stellmaker v. Bayer Corp., et al. | 09-20033-DRH |
| **CALIFORNIA NORTHERN** | | |
| CAN 4 09-3152 | April Freeman-Hollenshead, et al. v. Bayer Corp., et al. | 09-20034-DRH |
| **COLORADO** | | |
| CO 1 09-2012 | Crystal Elise Johnston v. Bayer Corp., et al. | 09-20035-DRH |
| **IOWA SOUTHERN** | | |
| IAS 1 09-24 | Jill Fender, etc. v. Bayer Corp., et al. | 09-20036-DRH |
| **ILLINOIS NORTHERN** | | |
| ILN 1 09-5348 | Priscilla Nunez v. Bayer Corp., et al. | 09-20037-DRH |
| **KANSAS** | | |
| KS 2 09-2453 | Patricia Lanman v. Bayer Corp., et al. | 09-20038-DRH |
| **KENTUCKY WESTERN** | | |
| KYW 3 09-735 | Sandra Hockenbury, et al. v. Bayer Corp., et al. | 09-20039-DRH |
| **LOUISIANA EASTERN** | | |
| LAE 2 09-6351 | Judy Vaughn v. Bayer Corp., et al. | 09-20040-DRH |
| LAE 2 09-6387 | Lindsay Clark v. Bayer Corp., et al. | 09-20041-DRH |
| LAE 2 09-6388 | Jodi Star Gennaro v. Bayer Corp., et al. | 09-20042-DRH |
| **MISSOURI EASTERN** | | |
| MOE 4 09-1399 | Anna Marie Lorenz v. Bayer Corp., et al. | 09-20043-DRH |
| **NORTH CAROLINA WESTERN** | | |
| NCW 1 09-328 | Jeania Downs v. Bayer Corp., et al. | 09-20044-DRH |
| **NEW YORK EASTERN** | | |
| NYE 1 09-3432 | Katrina Cohoon, et al. v. Bayer Pharmaceuticals Corp., et al. | 09-20045-DRH |
| NYE 1 09-3639 | Laquita O'Nekia Harel v. Bayer Corp., et al. | 09-20046-DRH |
| NYE 1 09-3753 | April Dymacek, et al. v. Bayer Corp., et al. | 09-20047-DRH |

**MDL No. 2100 - Schedule CTO-1 Tag-Along Actions (Continued)**

| <u>DIST.</u> | <u>DIV.</u> | <u>C.A.#</u> | **CASE CAPTION** | |
|---|---|---|---|---|
| **OHIO NORTHERN** | | | | |
| OHN | 3 | 09-1750 | Heather Manion v. Bayer Corp., et al. | 09-20048-DRH |
| OHN | 3 | 09-1980 | Jessica Gardner v. Bayer Corp., et al. | 09-20049-DRH |
| OHN | 3 | 09-1984 | Candis Corey v. Bayer Corp., et al. | 09-20050-DRH |
| **OHIO SOUTHERN** | | | | |
| OHS | 2 | 09-703 | Pamela Hamilton v. Bayer Corp., et al. | 09-20051-DRH |
| **PENNSYLVANIA EASTERN** | | | | |
| PAE | 2 | 09-3388 | Patricia A. Saunders v. Bayer Corp., et al. | 09-20052-DRH |
| PAE | 2 | 09-3389 | Robin Adams, et al. v. Bayer Healthcare, LLC, et al. | 09-20053-DRH |
| PAE | 2 | 09-3555 | Jennifer Gray v. Bayer Corp., et al. | 09-20054-DRH |
| **TEXAS EASTERN** | | | | |
| TXE | 1 | 09-857 | Candice Richardson, etc. v. Bayer Corp., et al. | 09-20055-DRH |
| TXE | 4 | 09-345 | Alaina Klarquist v. Bayer Corp., et al. | 09-20056-DRH |